PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**         ) | |
| )        vs.                                                   ) | **Docket Number:  1:06CR00142-01** |
| )  **WILLIAM E. COLLINS, JR.**                  ) | |

On July 17, 2006, the above-named was sentenced to 40 months custody of the Bureau of Prisons with 24 months supervised release to follow, which commenced on June 27, 2008. Mr. Collins has complied with the rules and regulations of supervision.  It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Phil R. Hendley, Jr.

**Phil R. Hendley, Jr.
United States Probation Officer**

Dated:       July 10, 2009
                 Modesto, California
                 PRH:lr

**REVIEWED BY:**        /s/ Deborah A. Spencer
                                    **Deborah A. Spencer
                                    Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

**Re:** **William E. COLLINS, JR.**
   **Docket Number:   1:06CR00142-01**
   **ORDER TERMINATING SUPERVISED RELEASE**
   **PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that the William E. Collins, Jr. be discharged from supervised release, and that the proceedings in the case be terminated.

Attachment:   Recommendation
cc:     United States Attorney's Office


IT IS SO ORDERED.

**Dated:   July 13, 2009**            /s/ Anthony W. Ishii
                                      CHIEF UNITED STATES DISTRICT JUDGE



Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG